**Dismiss; Opinion Filed December 20, 2019**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01411-CV

## TABLETOP MEDIA, LLC D/B/A ZIOSK AND ZIOSK PAYROLL, LLC, Appellants

### V.

## E LA CARTE, INC. D/B/A PRESTO, GREG YODER, JAMES WYBORNY, AND NATHAN SALYER, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02256**

## MEMORANDUM OPINION
Before Justices Myers, Schenck, and Carlyle
Opinion by Justice Schenck

We questioned our jurisdiction over this appeal from the trial court's order partially granting a motion to dismiss under the Texas Citizens Participation Act (TCPA) as it appeared the interlocutory order was not appealable. *See* TEX. CIV. PRAC. REM. CODE § 51.014(a)(12) (allowing interlocutory appeal of order *denying* motion to dismiss under TCPA); *Tex. A&M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840 (Tex. 2007) (noting interlocutory orders are appealable only if allowed by statute); *Schlumberger Ltd. v. Rutherford*, 472 S.W.3d 881, 891 (Tex. App.—Houston [1st Dist.] 2015, no pet.) (dismissing appeal from partial grant of TCPA motion to dismiss for want of jurisdiction). Although we directed appellants to file a letter brief addressing our concern and cautioned them that failure to comply by December 5, 2019 could result in dismissal of the appeal

without further notice, they have not complied. Accordingly, because the challenged order is not appealable, we dismiss the appeal and all pending motions for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Schlumberger*, 472 S.W.3d at 891.


/David J. Schenck/
DAVID J. SCHENCK
JUSTICE


191411F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

TABLETOP MEDIA, LLC D/B/A ZIOSK
AND ZIOSK PAYROLL, LLC, Appellant

No. 05-19-01411-CV          V.

E LA CARTE, INC. D/B/A PRESTO,
GREG YODER, JAMES WYBORNY,
AND NATHAN SALYER, Appellees

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-19-02256.
Opinion delivered by Justice Schenck,
Justices Myers and Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees E La Carte, Inc. d/b/a Presto,  Greg Yoder, James Wyborny, and Nathan Salyer recover their costs, if any, of this appeal from appellants Tabletop Media, LLC d/b/a Ziosk and Ziosk Payroll, LLC.

Judgment entered this 20th day of December, 2019.